```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :
                                  :
          - v. -                  :
                                  :
ANTHONY JOHNSON,                  :
                                  :   INFORMATION
          Defendant.              :
                                  :   S1 17 Cr. 212 (NRB)
- - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 5 2017

ORIGINAL

## COUNT ONE

### (Sex Trafficking Conspiracy)

The United States Attorney charges:

1.  In or about November 2015, in the Southern District of New York and elsewhere, ANTHONY JOHNSON, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit sex trafficking, in violation of Title 18, United States Code, Sections 1591(a) and (b).

2.  It was a part and object of the conspiracy that ANTHONY JOHNSON, the defendant, and others known and unknown, would and did, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, and to benefit, financially and by receiving anything of value, from participation in a venture which has engaged in any such act, and having had a reasonable opportunity to observe such person,

knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

(Title 18, United States Code, Sections 1594(c).)

## COUNT TWO

### (Violation of SORNA)

3. From at least in or about January 2017 up to and including in or about the present, in the Southern District of New York and elsewhere, ANTHONY JOHNSON, the defendant, being an individual required to register under the Sex Offender Registration and Notification Act ("SORNA") and a sex offender as defined for the purposes of SORNA by reason of a conviction under Federal law, unlawfully and knowingly did fail to register and update a registration as required by SORNA, to wit, JOHNSON moved from a residence in New York, New York, without updating his registration in New York.

(Title 18, United States Code, Section 2250.)

*/s/ Geoffrey S. Berman*
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTHONY JOHNSON,

Defendant.

### INDICTMENT

S1 17 Cr. 212 (NRB)

(18 U.S.C. §§ 1594(c), and 2250.)

GEOFFREY S. BERMAN
United States Attorney