UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

       - against –
                               **ORDER**

ANTHONY JOHNSON,             17 Cr. 212 (NRB)

       Defendant.

-------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS, on November 17, 2023, Magistrate Judge Robert W. Lehrburger appointed CJA Attorney Gary Kaufman to investigate and pursue any claims for a sentence reduction for defendant Anthony Johnson ("defendant") under Amendment 821 of the U.S. Sentencing Guidelines ("Amendment 821") in <u>United States v. Anthony Johnson</u>, 16 Cr. 808 (NRB), Dkt. No. 14; and

    WHEREAS, on December 28, 2023, the United States Probation Office filed a Supplemental Presentence Report in this case regarding the defendant's eligibility for a sentence reduction pursuant to Amendment 821, <u>see</u> ECF No. 90; it is hereby

    **ORDERED** that CJA Attorney Gary Kaufman is assigned to represent defendant with respect to any claims for a sentence reduction in this case under Amendment 821.

Dated:    January 25, 2024
           New York, New York

                                                NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE