UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

      - against -

ANTHONY JOHNSON,

          Defendant.

-------------------------------X

**ORDER**

17 Cr. 212 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS, on March 5, 2018, defendant Anthony Johnson ("defendant") pleaded guilty to a two-count Superseding Information, ECF No. 27;

    WHEREAS, on October 30, 2018, defendant was sentenced to a term of imprisonment of 121 months on Count One and 60 months on Count Two of the Superseding Information, ECF No. 57;

    WHEREAS, on December 28, 2023, the United States Probation Office filed a Supplemental Presentence Report regarding the defendant's eligibility for a sentence reduction under Amendment 821 of the U.S. Sentencing Guidelines ("Amendment 821"), ECF No. 90;

    WHEREAS, on January 25, 2024, this Court assigned CJA Attorney Gary Kaufman to represent defendant with respect to any claims for a sentence reduction under Amendment 821 after Mr. Kaufman was appointed by Magistrate Judge Robert W. Lehrburger to investigate and pursue any claims for a sentence reduction for defendant under

in <u>United States v. Anthony Johnson</u>, 16 Cr. 808 (NRB), Dkt. No. 14, ECF No. 91;

WHEREAS, on June 7, 2024, defendant filed a motion for a sentence reduction pursuant to Amendment 821, ECF No. 92; it is hereby

**ORDERED** that the Government shall file their response to defendant's motion by July 9, 2024 and a reply, if any, is due on July 23, 2024.

Dated:   June 11, 2024
         New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE